1  JOHN F. CAVIN, ESQ. (S.B. #88946)
   HELEN V. POWERS, ESQ. (S.B. #175164)
2  STEVEN J. KAHN, ESQ. (S.B. #234104)
   THOMAS D. FAMA, ESQ. (S.B. #261477)
3  **BARDELLINI, STRAW, CAVIN & BUPP, LLP**
   2000 Crow Canyon Place, Suite 330
4  San Ramon, California  94583-3591
   Telephone: (925) 277-3580
5  Facsimile: (925) 277-3591

6  Attorneys for FEDERAL DEPOSIT INSURANCE CORPORATION
   as Receiver for INDYMAC BANK F.S.B.
7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  SLAKEY BROTHERS, INC., a California         )   Case No. C09-00929
    corporation,                                )
12                                              )
              Plaintiffs,                       )   **STIPULATION AND [PROPOSED]**
13                                              )   **ORDER TO REMAND SONOMA**
          v.                                    )   **COUNTY SUPERIOR COURT CASE NO.**
14                                              )   **SCV 242685 TO STATE COURT**
    INDYMAC BANK F.S.B., a California banking    )
15  corporation; et al.                         )
                                                )
16            Defendants                        )
                                                )
17  _____    )
    AND CONSOLIDATED ACTIONS.                    )
18  _____    )

19                       **FACTUAL BACKGROUND**

20       1.      On or about June 17, 2008 GENERAL ELECTRIC COMPANY, GE CONSUMER &

21  INDUSTRIAL PRODUCTS DIVISION ("General Electric") filed a complaint in the Superior Court of the

22  State of California for the County of Sonoma entitled *General Electric Company GE Consumer and*

23  *Industrial Products Division  v. Menlo Oaks Corporation, et al.*, Case No. 242685 (the "General Electric

24  Action").  IndyMac Bank, F.S.B. ("IndyMac") was named as a defendant in the General Electric Action.

25       2.      On or about July 11, 2008 IndyMac was closed by the Office of Thrift Supervision and the

26  FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK F.S.B. (the

27  "FDIC") was appointed as receiver for IndyMac.  The FDIC accepted its appointment as receiver of IndyMac

28  on July 11, 2008.  Pursuant to 12 U.S.C. Section 1821(c)(2)(A)(i), the FDIC assumed all rights, titles,

1    powers, privileges, and operations of IndyMac, stands in the shoes of IndyMac to respond to all claims of

2    liability against IndyMac, and thus stands in the shoes of IndyMac as defendant for purposes of responding

3    to General Electric's claims of liability.

4         3.    On February 18, 2009, in order to protect its interests, the FDIC substituted itself in the place

5    of IndyMac as a defendant in the General Electric Action.

6         4.    On or about March 9, 2009 the FDIC removed the General Electric Action from the Superior

7    Court of the State of California for the County of Sonoma to the United States District Court for the

8    Northern District of California, pursuant to 12 U.S.C. Section 1819(b)(2) and 28 U.S.C. Sections 1441(b),

9    1446(a) and 1446(d).

10                                    **STIPULATION**

11        5.    General Electric has resolved its claims against defendant Menlo Oaks Corporation as alleged

12   in the General Electric Action.

13        6.    General Electric seeks to dismiss the FDIC as a defendant in the General Electric Action.

14        7.    General Electric seeks to have the Superior Court of the State of California for the County

15   of Sonoma retain jurisdiction over the General Electric action for purposes of enforcing General Electric's

16   settlement with defendant Menlo Oaks Corporation.

17        8.    Accordingly, the FDIC and General Electric stipulate to the remand of the General Electric

18   Action to the Superior Court of the State of California for the County of Sonoma to allow General Electric

19   to dismiss the FDIC from the General Electric Action.

20        9.    The FDIC and General Electric further stipulate that upon remand of the General Electric

21   Action to the Superior Court of the State of California for the County of Sonoma, General Electric shall

22   dismiss the FDIC from the General Electric Action with prejudice.

23        10.   The FDIC and General Electric further stipulate that each party shall bear its own attorneys'

24   fees and costs relating to the General Electric Action.

25   / / /

26   / / /

27   / / /

28   / / /

**STIPULATION AND ORDER TO REMAND SONOMA COUNTY SUPERIOR COURT**
**CASE NO. SCV 242685 TO STATE COURT**

Case No. C09-00929

1  Dated: April __17__, 2009                    BARDELLINI, STRAW, CAVIN & BUPP, LLP

2

3

4                                              **/s/ JOHN F. CAVIN\*\***
                                        By: _____
5                                              JOHN F. CAVIN
                                               HELEN V. POWERS
6                                              STEVEN J. KAHN
                                               THOMAS D. FAMA
7                                              Attorneys for FEDERAL DEPOSIT
                                               INSURANCE CORPORATION as Receiver for
8                                              INDYMAC BANK F.S.B.

9
   Dated: April __15__, 2009                    KENNETH R. REYNOLDS, INC.
10

11

12                                             **/s/ KENNETH R. REYNOLDS\*\***
                                        By: _____
13                                             KENNETH R. REYNOLDS
                                               Attorneys for GENERAL ELECTRIC COMPANY,
                                               GE CONSUMER & INDUSTRIAL
14                                             PRODUCTS DIVISION

15

16                                      **\*\*\* ORIGINAL SIGNATURES ON FILE**

17

18

19

20

21

22

23

24

25

26

27

28

---

**STIPULATION AND ORDER TO REMAND SONOMA COUNTY SUPERIOR COURT**
**CASE NO. SCV 242685 TO STATE COURT**
Case No. C09-00929

1    JOHN F. CAVIN, ESQ. (S.B. #88946)
     HELEN V. POWERS, ESQ. (S.B. #175164)
2    STEVEN J. KAHN, ESQ. (S.B. #234104)
     THOMAS D. FAMA, ESQ. (S.B. #261477)
3    **BARDELLINI, STRAW, CAVIN & BUPP, LLP**
     2000 Crow Canyon Place, Suite 330
4    San Ramon, California 94583-3591
     Telephone: (925) 277-3580
5    Facsimile: (925) 277-3591

6    Attorneys for FEDERAL DEPOSIT INSURANCE CORPORATION
     as Receiver for INDYMAC BANK F.S.B.

7

8                 UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11    SLAKEY BROTHERS, INC., a California    )    Case No. C09-00929
     corporation,    )
12                )
             Plaintiffs,    )    **[PROPOSED] ORDER TO REMAND**
13                )    **SONOMA COUNTY SUPERIOR COURT**
          v.    )    **CASE NO. SCV 242685 TO STATE COURT**
14                )
     INDYMAC BANK F.S.B., a California banking    )
     corporation; et al.    )
15                )
             Defendants    )
16                )
    _____ )
17    AND CONSOLIDATED ACTIONS.    )
    _____ )
18

19         On reading the stipulation between the FEDERAL DEPOSIT INSURANCE CORPORATION

20    as Receiver for INDYMAC BANK F.S.B. and GENERAL ELECTRIC COMPANY, GE CONSUMER &

21    INDUSTRIAL PRODUCTS DIVISION, good cause appearing,

22         IT IS HEREBY ORDERED that Sonoma County Superior Court Case No. 242683, entitled *General*

23    *Electric Company GE Consumer and Industrial Products Division v. Menlo Oaks Corporation, et al.* is

24    hereby remanded from the United States District Court for the Northern District of California to the Superior

25    Court of the State of California for the County of Sonoma.

26

27    Dated: ___4/21/09_____, 2009                              
                                     JUDGE OF THE DISTRICT COURT

28

                                       4