IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLAKEY BROTHERS, INC, *et al.*, | No. C 09-929 SI |
| Plaintiffs, | **ORDER RE: MOTION TO TRANSFER VENUE FILED BY DEFENDANT FDIC AS RECEIVER FOR INDYMAC BANK** |
| v. | |
| INDYMAC BANK F.S.B., *et al.*, | |
| Defendants. | |
| _____/ | |
| AND CONSOLIDATED ACTIONS. | |
| _____/ | |

On April 29, 2009, defendant Federal Deposit Insurance Corporation as receiver for IndyMac Bank F.S.B. filed a motion to transfer venue to the Central District of California, based on the special venue provisions which apply to failed banks. See 12 U.S.C. § 1821(d)(6)(A). Docket No. 13. The motion is scheduled for a hearing on June 12, 2009. No party has filed any opposition to the motion, and the Court has received messages from some counsel stating that the motion is unopposed. On this record, the Court intends to grant the motion and vacate the June 12, 2009 hearing on the matter. However, before ruling on the motion the Court will allow any party who opposes the motion to transfer – if there are any such parties – to file an opposition **no later than noon on June 5, 2009.**

**IT IS SO ORDERED.**

Dated: June 3, 2009

SUSAN ILLSTON
United States District Judge