JOE R. ABRAMSON (SBN 105241)
A. SCOTT BROWN (SBN 221786)
ABRAMSON & BROWN
21700 Oxnard Street
Suite 430
Woodland Hills, CA. 91367
(Tel) (818) 227-6690
(Fax) (818) 227-6699

Attorneys for 132 VILLAGE SQUARE, LLC, a California Limited Liability Company, MENLO OAKS CORPORATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLAKEY BROTHERS, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>R.N.H. PLUMBING & ASSOCIATES, a business entity unknown dba R.N.H. MECHANICAL; 132 VILLAGE SQUARE, a California Limited Liability Company; INDYMAC BANK, a business entity unknown, and DOES ONE through TWENTY, inclusive<br><br>Defendants.<br>AND ALL RELATED CONSOLIDATED CASES | CASE NO: C09-00929 SI<br><br>SUBSTITUTION OF ATTORNEY – CIVIL (WITH COURT ORDER) |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT 132 VILLAGE SQUARE, LLC, MENLO OAKS CORPORATION and BIJAN MADJLESSI make the following substitution of counsel:

1. The former legal representative of MENLO OAKS CORPORATION and 132 VILLAGE SQUARE, LLC was A. Scott Brown, Esq. The former legal representative of BIJAN MADJLESSI was BIJAN MADJLESSI. The new legal representative of these parties is

1
SUBSTITUTION OF ATTORNEY

DAVID LONICH, ESQ. The address, and telephone numbers of the new legal representative are: 1600 Los Gamos Dr Ste 345, San Rafael, CA 94903-1807, (415) 464-8140 x420, Fax: (415) 499-4150.

I consent to this substitution.

Date: May 22, 2009

_____
David Lonich, Esq.

Date: May 22, 2009

_____
Bijan Madjlessi, Officer of Menlo Oaks Corporation and 132 Village Square, LLC

Date: May 22, 2009

_____
A. Scott Brown, Esq.

## ORDER

The foregoing substitutions are hereby ordered and approved.

Date: _____

_____
Judge Susan Illston

2
SUBSTITUTION OF ATTORNEY

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am a resident of the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 21700 Oxnard Street, Suite 430, Woodland Hills, California 91367-3665.

On **June 3, 2009**, I served the foregoing document described as **"SUBSTITUTION OF ATTORNEY"** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Christopher Jacobs<br>Paul Warner<br>2356 Gold Meadow Way Suite 250<br>Gold River CA 95670<br>Tel: (916) 853-5500<br>Fax: (916) 853-5502<br><br>*Attorney for Slakey Brothers, Inc. & Orco Construction Supply* | Graden Tapley<br>101 Morris Street Suite 202<br>Sebastopol CA 95472<br>Tel: (707) 823-3143<br>Fax: (707) 824-8597<br><br>*Attorney for Richard Howshar, RNH Mechanical & RNH Plumbing* |
| David J. Lonich<br>1600 Los Gamos Ave Suite 345<br>San Rafael, CA 94903<br>Tel: (415) 646-8140 x420<br>Fax: (415) 499-4150<br><br>*New Attorney for 132 Village Square, Menlo Oaks, Bijan Madjlessi* | John Cavin<br>Bardellini Straw Cavin & Bupp LLP<br>2000 Crow Canyon Place Suite 330<br>San Ramon CA 94583<br>Tel: (925) 277-3580<br>Fax: (925) 277-3591<br><br>*Attorney for Indymac Bank FSB* |
| Thomas Kelly<br>438 First Street Suite 260<br>PO Box 4389<br>Santa Rosa, CA 95404<br>Tel: (707) 542-3373<br>Fax: (707) 542-3371<br><br>*Attorney for Ahlborn Structural Steel* | James Cobb<br>250 D Street, Suite 200<br>Santa Rosa, CA 95404<br>Tel: (707) 571-8112<br>Fax: (707) 571-0210<br><br>*Attorney for Dee Jay's Sash & SJ Cimino* |
| Kenneth Reynolds<br>2020 Hurley Way Suite 210<br>Sacramento CA 95825<br>Tel: (916) 925-3169<br>Fax: (916) 925-3946<br><br>*Attorney for General Electric Company* | Arthur Woodward<br>Downey Brand LLP<br>621 Capital Mall 18th Floor<br>Sacramento CA 95814<br>Tel: (916) 444-1000<br>Fax: (916) 444-2100<br><br>*Attorney for Idaho Pacific Lumber* |
| <u>Sonoma County Superior Court</u><br><u>Hon. Elaine Rushing Dept 19</u><br><u>1450 Guerneville Rd Building G</u><br><u>Santa Rosa CA 95403</u> | |

246-153

**X** (BY MAIL) I caused such envelope with postage thereon prepaid to be placed in the United States mail at Woodland Hills, California.

___ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

___ (BY FEDERAL EXPRESS) I caused such envelope to be delivered by Federal Express to the offices of the addressee.

___ (BY FACSIMILE) I caused such document to be faxed via my fax machine to the office of the addressee.

___ (STATE) I declare under penalty of perjury under the laws of the state of California that the above is true.

**X** **(FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the above is true. I declare that I am employed in the offices of a member of this court at whose direction this service was made.**

Executed on **June 3, 2009**, at Woodland Hills, California.

*/s/ Ashley Franco*
ASHLEY FRANCO

246-153