IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLAKEY BROTHERS, INC, *et al.*, | No. C 09-929 SI |
| Plaintiffs, | **ORDER TO SHOW CAUSE RE: REMAND OF ACTIONS** |
| v. | |
| INDYMAC BANK F.S.B., *et al.*, | |
| Defendants. | |
| _____/ | |
| AND CONSOLIDATED ACTIONS. | |
| _____/ | |

At the Case Management Conference on Friday, June 12, 2009, the parties informed the Court that the IndyMac loan involved in this action has been sold by the FDIC to 101 Houseco, LLC, a private entity, and that assignment of the deed of trust on the property at issue was recorded on May 14, 2009.

It appears to the Court that the sale of the loan by FDIC deprives this Court of jurisdiction over these proceedings. **The parties are therefore ORDERED TO SHOW CAUSE, in writing filed no later than July 10, 2009, why these actions should not be remanded to the Superior Court for Sonoma County, where they were pending prior to removal.**

**IT IS SO ORDERED.**

Dated: June 16, 2009

SUSAN ILLSTON
United States District Judge