IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLAKEY BROTHERS, INC, *et al.*, | No. C 09-929 SI |
| Plaintiffs, | **ORDER REMANDING CASE TO SONOMA COUNTY SUPERIOR COURT** |
| v. | |
| INDYMAC BANK F.S.B., *et al.*, | |
| Defendants. | |
| AND CONSOLIDATED ACTIONS. | |

On June 16, 2009, the Court issued an Order to Show Cause Re: Remand of Actions stating that it appeared that the sale of the loan by FDIC deprived this Court of jurisdiction over these proceedings. No party has opposed remand. Accordingly, the Court REMANDS these case to the Superior Court for the County of Sonoma.

**IT IS SO ORDERED.**

Dated: July 13, 2009

SUSAN ILLSTON
United States District Judge